FILED ✓ LODGED
RECEIVED ✓ COPY
APR 2 6 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 0 1 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**ATTORNEYS FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sensor Technologies & Systems, Incorporated,<br>Plaintiff,<br><br>v.<br><br>Oh Deer, Inc., Randall S. Cram, Dennis N. Henningsen and John Does Nos. 1-10,<br><br>Defendants. | Civil Action No. CIV'02 0543PHX SMM<br><br>Judge Stephen M. McNamee |

**ORDER**

Defendants' unopposed motion for a one-week extension of time in which to respond to the Complaint is hereby granted.

Dated: April 29, 2002

Judge Stephen M. McNamee

3